```
                       UNITED STATES DISTRICT COURT
                          DISTRICT OF NEW JERSEY


_____
                               :
SELLERS INGRAM, III,           :
                               :    Civ. Action No. 17-10740 (NLH)
           Petitioner,         :
                               :
      v.                       :    OPINION
                               :
STEVEN JOHNSON,                :
                               :
           Respondent.         :
_____:
```

APPEARANCES:

Sellers Ingram, III
745878b/696465
New Jersey State Prison
Po Box 861
Trenton, NJ 08625
    Petitioner Pro se


HILLMAN, District Judge

    Pro Se Petitioner Sellers Ingram, III files this writ of habeas corpus under 28 U.S.C. § 2254, which challenges his 2011 New Jersey state court conviction.

    Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor did he submit an application to proceed in forma pauperis. See L. Civ. R. 81.2. As a result, the Court will administratively terminate this matter. If Petitioner wishes to reopen this

case, within 30 days, he must submit either the $5 filing fee or a complete in forma pauperis application.  An appropriate order follows.


Dated: November 3, 2017          s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.